**Albert Chang, Esq.   (SBN 206270)**
**Law Offices of Albert Chang**
1225. W. 190th Street, Suite 470
Gardena, CA 90248
Telephone:  (310) 769-6836
Facsimile:  (310) 769-6787
albertchang@aclawfirm.net

**Attorneys for Defendants**
**JS & GY, INC., dba COUNTRY COUSIN MARKET and**
**MOON JAE SHIN, erroneously sued as JAE MOON SHIN**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No.:  1:10-CV-02244-LJO-SMS |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND ORDER** |
| JS & GY, INC., dba COUNTRY COUSIN MARKET and JAE MOON SHIN, | **SCHEDULING CONFERENCE** |
| Defendants. | **Old Date: Feb. 23, 2011** |
| | **NEW DATED: APRIL 4, 2011** |
| | **TIME:   10:00 A.M.** |
| | **BEFORE:  Judge Snyder** |

Plaintiff NATIVIDAD GUTIERREZ (the "Plaintiff") and DEFENDANTS JS & GY, INC., dba COUNTRY COUSIN MARKET and MOON JAE SHIN, erroneously sued as JAE MOON SHIN (hereinafter collectively referred to as the "Defendants"), hereby stipulate as follow:

1. The Defendants were served with the Summons and Complaint and their time to file their responsive pleadings was on January 6, 2011.  Upon request from the Defendants, the Plaintiff gave an extension of time for the Defendants to file their responsive pleadings to January 27, 2011.

2. The Defendants and the Plaintiff (hereinafter collectively referred to as the "Parties") have been negotiating a settlement of the case and the Parties needed additional time to negotiate a settlement. Therefore, the Defendants requested and the Plaintiff granted an additional time until February 8, 2011 to file their responsive pleadings to the Complaint.

3. Good cause exists for the extension of time to file the responsive pleadings to the Complaint to allow the Parties to negotiate a settlement of the case, thereby avoiding the necessity of proceeding to trial.

4. THEREFORE, IT IS HEREBY STIPULATED, by and between, the Parties that the Defendants may have an extension of time until February 8, 2011 to file their responsive pleadings to the Complaint.

Dated: January 26, 2011                /s/  Tanya E. Moore
                                       Tanya M. Moore, Esq.
                                       Attorneys for Plaintiff
                                       NATIVIDAD GUTIERREZ

Dated: January 26, 2011                /s/  Albert Chang
                                       Albert Chang, Esq.
                                       Attorneys for Defendants
                                       JS & GY, INC., dba COUNTRY COUSIN
                                       MARKET and MOON JAE SHIN,
                                       erroneously sued as JAE MOON SHIN

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Defendants have until February 8, 2011 to serve and file their responsive pleadings to the Complaint.

Scheduling Conference hearing is continued from February 23, 2011 to Monday, April 4, 2011 at 10:00 A.M. in Courtroom #7 before Judge Snyder.

Dated:  January 31, 2011               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE