**Albert Chang, Esq.   (SBN 206270)**
**Law Offices of Albert Chang**
1225. W. 190th Street, Suite 470
Gardena, CA 90248
Telephone:  (310) 769-6836
Facsimile:  (310) 769-6787
albertchang@aclawfirm.net

**Attorneys for Defendants**
**JS & GY, INC., dba COUNTRY COUSIN MARKET and**
**MOON JAE SHIN, erroneously sued as JAE MOON SHIN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No.: 1:10-CV-02244-LJO-SMS |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND ORDER** |
| JS & GY, INC., dba COUNTRY COUSIN MARKET and JAE MOON SHIN, | |
| Defendants. | |

Plaintiff NATIVIDAD GUTIERREZ (the "Plaintiff") and DEFENDANTS JS & GY, INC., dba COUNTRY COUSIN MARKET and MOON JAE SHIN, erroneously sued as JAE MOON SHIN (hereinafter collectively referred to as the "Defendants"), hereby stipulate as follow:

1. The Defendants were served with the Summons and Complaint and their time to file their responsive pleadings was on January 6, 2011.  Upon request from the Defendants, the Plaintiff gave an extension of time for the Defendants to file their responsive pleadings to

February 8, 2011. The Court granted the extension until February 8, 2011 and further ordered the Scheduling Conference to be heard on April 4, 2011.

2. The Defendants and the Plaintiff (hereinafter collectively referred to as the "Parties") have settled the case on or about February 7, 2011 and in the process of exchange settlement documents. The settlement check is to be paid within 20 days from February 7, 2011, i.e., February 27, 2011. Therefore, the Defendants requested and the Plaintiff granted an additional time until March 4, 2011 to file their responsive pleadings to the Complaint, if the settlement check is not received on or before March 4, 2011.

3. Good cause exists for the extension of time to file the responsive pleadings to the Complaint.

4. THEREFORE, IT IS HEREBY STIPULATED, by and between, the Parties that the Defendants may have an extension of time until March 4, 2011 to file their responsive pleadings to the Complaint, if the settlement check is not received on or before March 4, 2011.

Dated: February 7, 2011              /s/ Tanya E. Moore
                                     Tanya M. Moore, Esq.
                                     Attorneys for Plaintiff
                                     NATIVIDAD GUTIERREZ

Dated: February 7, 2011              /s/ Albert Chang
                                     Albert Chang, Esq.
                                     Attorneys for Defendants
                                     JS & GY, INC., dba COUNTRY COUSIN
                                     MARKET and MOON JAE SHIN,
                                     erroneously sued as JAE MOON SHIN

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Defendants have until March 4, 2011 to serve and file their responsive pleadings to the Complaint.

Dated:  February 8, 2011                  /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE