# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | CASE NO. CV F 10-2244 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 13.) |
| vs. | |
| JS & GY, INC., et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates, including the April 25, 2010 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:    March 11, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1